UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KYLE P. FRANCO, | ) | |
| Plaintiff(s), | ) ) | Case No. 2:17-cv-01088-JAD-VCF |
| v. | ) ) | **ORDER** |
| HCA, INC., | ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is a motion to continue the early neutral evaluation. Docket No. 16. Plaintiff filed a response. Docket No. 19. The motion is hereby **GRANTED**. The agreed upon dates are not available for the Court, however, so the Court instead **CONTINUES** the early neutral evaluation to 9:30 a.m. on November 8, 2017.[1] Early neutral evaluation statements shall be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on November 1, 2017. All other requirements outlined in Docket No. 15 continue to govern.

IT IS SO ORDERED.

Dated: August 21, 2017

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Any request to change the date of the ENE must be made in writing and must be filed within 14 days of the issuance of this order. Such requests must include at least 5 alternative dates **on which all required participants are available to attend the ENE**. Accordingly, a motion to continue must not be filed until a meet-and-confer has been held at which the parties identify 5 such dates in the event the continuance is granted.