# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KYLE P. FRANCO,

        Plaintiff(s),

v.

HCA, INC.,

        Defendant(s).

Case No. 2:17-cv-01088-JAD-VCF

**ORDER**

Pending before the Court is the motion to alter the date for the early neutral evaluation. Docket No. 21. For good cause shown, the motion is **GRANTED** and the early neutral evaluation is **ADVANCED** to 9:30 a.m. on November 7, 2017. Early neutral evaluation statements shall be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on October 31, 2017. All other requirements outlined in Docket No. 15 continue to govern.

IT IS SO ORDERED.

Dated: September 1, 2017

                                                        _____
                                                        Nancy J. Koppe
                                                        United States Magistrate Judge