LIANE S. BINOWITZ, ESQ.
Nevada Bar No. 7482
**GORDON REES SCULLY MANSUKHANI LLP**
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9330
Facsimile: (702) 255-2858
Email: lbinowitz@grsm.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF NEVADA

| | |
|---|---|
| KYLE P. FRANCO, | ) CASE NO.: |
| Plaintiff, | ) 2:17-cv-01088-JAD-VCF |
| vs. | ) |
| | ) |
| HCA INC., a Domestic Limited Liability Company, d/b/a SUNRISE HOSPITAL AND MEDICAL CENTER; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | ) **STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HCA INC.** |
| Defendants. | ) |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR II 7-1, and LR IA 6-2 Plaintiff Kyle P. Franco ("Franco" or "Plaintiff") and Defendant HCA Inc. ("HCA" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, agree and stipulate to dismiss without prejudice Defendant HCA Inc. from this action, as set forth below.

    HCA Inc. represents that it does not do business as Sunrise Hospital and Medical Center, and that HCA Inc. never employed Plaintiff, and is therefore not an appropriate party to this action, but that Sunrise Hospital and Medical Center, LLC did employ Plaintiff and is the proper party to this action. Accordingly, Plaintiff has filed an

1

Amended Complaint against Sunrise Hospital and Medical Center, LLC (ECF No. 18), to correct the caption of this case and substitute Sunrise Hospital and Medical Center, LLC as Defendant in the stead of HCA Inc., pursuant to FRCP 15(c)(1)(C).

NOW THEREFORE, the Parties stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all causes of action against HCA Inc. are hereby dismissed WITHOUT PREJUDICE, with each party to bear its own respective attorneys' fees and costs. The undersigned counsel for Defendant accepts service of process of the Amended Complaint against Sunrise Hospital and Medical Center LLC as of the date of stipulation and will file a responsive pleading to the Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(3).

Respectfully submitted this 1st day of September 2017.

| HATFIELD & ASSOCIATES, LTD. | GORDON & REES, LLP |
|---|---|
| /s/ Trevor J. Hatfield | /s/ Chad A. Shultz |
| Trevor J. Hatfield | Chad A. Shultz *(Admitted Pro Hac Vice)* |
| Nevada Bar No. 7373 | Georgia Bar No. 64444 |
| 703 South Eighth Street | The Pinnacle Building |
| Las Vegas, Nevada 89101 | 3455 Peachtree Road, NE, Suite 1500 |
| Telephone: (702) 388-4469 | Atlanta, Georgia 30326 |
| Facsimile: (702) 386-9825 | Telephone: (404) 869-9054 |
| thatfield@hatfieldlawassociates.com | Facsimile: (678) 389-8475 |
| *Attorney for Plaintiff* | cshultz@grsm.com |
| | |
| | Liane S. Binowitz |
| | Nevada Bar No. 7482 |
| | 300 South Fourth Street, Suite 1550 |
| | Las Vegas, Nevada 89101 |
| | Telephone: (702) 577-9330 |
| | Facsimile: (702) 255-2858 |
| | lbinowitz@grsm.com |
| | *Attorneys for Defendant HCA Inc.* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: September 5, 2017.