BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Sunrise Hospital and
Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE P. FRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO. 2:17-cv-01088-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant, SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP as its attorneys of record in this action in place of the law firm GORDON REES SCULLY MANSUKHANI LLP.

DATED this 25TH day of OCTOBER, 2017.

SUNRISE HOSPITAL AND MEDICAL
CENTER, LLC

/s/ Todd P. Sklamberg
TODD P. SKLAMBERG, CEO

4814-2852-9746.1

Liane S. Binowitz herby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as the attorneys of record for Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.

DATED this 26 day of October, 2017.

GORDON REES SCULLY MANSUKHANI LLP

*[signature]*
Liane S. Binowitz, Esq.
Nevada Bar No. 7482
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Tel: (702) 577-9330
Fax: (702) 255-2858
lbinowitz@grsm.com

Bruce C. Young of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accepts substitution as attorneys of record for Defendant SUNRISE HOSPITAL AND MEDICAL CENTER, LLC.

DATED this 25th day of October, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*[signature]*
Bruce C. Young, Esq.
Nevada Bar No. 5560
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
bruce.young@lewisbrisbois.com

APPROVED this 3rd day of November, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

4814-2852-9746.1

2