BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com
Attorneys for Sunrise Hospital and
Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE P. FRANCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>SUNRISE HOSPITAL AND MEDICAL CENTER, LLC; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive<br><br>    Defendants. | CASE NO. 2:17-cv-01088-JAD-VCF<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>[ECF No. 33] |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Kyle P. Franco ("Plaintiff") and Defendant Sunrise Hospital and Medical Center, LLC ("Defendant"), by and through their respective attorneys of record, hereby stipulate to dismiss Plaintiff's claims set forth in the Complaint (ECF No. 1) on file herein with prejudice against Defendant.

/ / /

/ / /

/ / /

/ / /

4846-6295-7657.2

Each party agrees that they will bear their own costs, disbursements, and attorneys' fees.

DATED this 28th day of December, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Bruce C. Young, Esq., NV Bar # 5560
Scott H. Barbag, Esq., NV Bar # 14164

*Attorneys for Sunrise Hospital and Medical Center, LLC*

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
Trevor J. Hatfield, Esq., NV Bar # 7373

*Attorney for Plaintiff Kyle P. Franco*

The parties stipulate to dismiss plaintiff Kyle P. Franco's claims against defendant Sunrise Hospital and Medical Center, LLC with prejudice, each party to bear its own attorney's fees and costs. Good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 33] is GRANTED**. Plaintiff's claims against Sunrise Hospital are **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs. The Clerk of Court is directed to **CLOSE** this case.

Dated this 29th day of December, 2017

_____
U.S. District Judge Jennifer A. Dorsey